# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Sandra L. | U.S. Court of Appeals, 1st Cir | 05/31/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
1 Courthouse Way, Suite 8710
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | West Publishing Company, Stipend | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Posternak, Blankstein & Lund LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | A | Dividend | L | T | | | | | |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. ROLLOVER IRA (name change) (formerly FIDELITY TRADITIONAL IRA(H) | E | Dividend | M | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | | | | | |
| 5. - Fidelity Cash Reserves | | | | | | | | | |
| 6. - Fidelity Government Cash Reserves | | | | | | | | | |
| 7. Fidelity Investments Core Cash | A | Interest | K | T | | | | | |
| 8. TRADITIONAL IRA (name change) (formerly IRA ROLLOVER ACCOUNT) (H) | F | Dividend | P1 | T | | | | | |
| 9. - Fidelity Low Priced Stock | | | | | Sold (part) | 09/30/15 | J | C | |
| 10. - Fidelity Capital and Income | | | | | | | | | |
| 11. - Fidelity Invest Grade | | | | | Buy (add'l) | 03/27/15 | J | | |
| 12. | | | | | Sold (part) | 08/28/15 | J | A | |
| 13. | | | | | Sold (part) | 09/30/15 | J | A | |
| 14. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 15. | | | | | Buy (add'l) | 12/02/15 | K | | |
| 16. - Fidelity Blue Chip Growth | | | | | Sold (part) | 04/02/15 | J | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. - Fidelity Advisor Strategic Inc CL I | | | | | | | | | |
| 18. - Fidelity Total Bond | | | | | Sold (part) | 08/28/15 | J | C | |
| 19. | | | | | Sold (part) | 09/30/15 | J | B | |
| 20. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 21. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 22. - Fidelity Advisor New Insights Cl I | | | | | Sold | 10/27/15 | K | E | |
| 23. - Fidelity Growth Company | | | | | Sold (part) | 03/27/15 | J | B | |
| 24. | | | | | Sold (part) | 12/02/15 | J | B | |
| 25. - Fidelity Advisor High Income CL I | | | | | | | | | |
| 26. - Fidelity Short Term Bond | | | | | Sold (part) | 09/30/15 | J | A | |
| 27. | | | | | Sold (part) | 12/02/15 | J | A | |
| 28. - Strategic ADV Int'l II FD (formerly Strategic ADV US Oppty II) | | | | | Sold (part) | 03/27/15 | K | D | |
| 29. | | | | | Sold (part) | 04/02/15 | K | D | |
| 30. -Fidelity Equity Income | | | | | Sold (part) | 10/27/15 | J | C | |
| 31. -Fidelity Value | | | | | | | | | |
| 32. -Fideliy Emerging Markets | | | | | Buy (add'l) | 03/27/15 | K | | |
| 33. | | | | | Buy (add'l) | 04/02/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  -Fidelity Stock Selector All Cap Fd | | | | | Sold (part) | 04/02/15 | J | B | |
| 35. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 36. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 37. | | | | | Sold (part) | 10/27/15 | K | D | |
| 38.  -Fidelity Focused High Income Fund | | | | | | | | | |
| 39.  -FIMM MMKT Port Inst Cl | | | | | Sold (part) | 02/23/15 | J | | |
| 40. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 41. | | | | | Sold (part) | 05/19/15 | J | | |
| 42. | | | | | Sold (part) | 08/18/15 | J | | |
| 43. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 44. | | | | | Sold (part) | 11/24/15 | J | | |
| 45.  -Fidelity Stock Selector Small Cap | | | | | | | | | |
| 46.  -Fidelity Mega Cap Stock Fd | | | | | Buy (add'l) | 08/28/15 | J | | |
| 47. | | | | | Sold (part) | 10/27/15 | J | C | |
| 48.  -Fidelity Real Estate Income | | | | | | | | | |
| 49.  -Fidelity Municipal Income | | | | | | | | | |
| 50.  -Fidelity Floating Rate High Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -Fid Advisor Stock Selectr Mid Cap CL 1 | | | | | | | | | |
| 52. -Fidelity Conservativ Income Bond FD CL 1 | | | | | Sold (part) | 12/02/15 | J | | |
| 53. -Fid Large Cap Value Enhanced Index | | | | | | | | | |
| 54. -Fidelity Contrafund | | | | | Buy | 10/27/15 | K | | |
| 55. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 56. | | | | | Sold (part) | 12/02/15 | J | A | |
| 57. -Fidelity Value Discovery | | | | | Buy | 10/27/15 | K | | |
| 58. Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Int./Div. | N | U | | | | | |
| 59. PAS BROKERAGE ACCOUNT(H) | | | | | | | | | |
| 60. - Fidelity Municipal Income | A | Dividend | K | T | | | | | |
| 61. - Fidelity Limited Term Muni Income | A | Dividend | J | T | | | | | |
| 62. - Fidelity Municpal Money Market | A | Dividend | J | T | | | | | |
| 63. -Deutsch Strategic High Yld Tax S(name change)(formerly DWS Strategic) | A | Dividend | K | T | | | | | |
| 64. -Deutsche Managed Muni Bond FD S (name chang)(formerlyDWS Managed Mun) | A | Dividend | J | T | | | | | |
| 65. -Fidelity Advisor Int'l Discovery CL 1 | A | Dividend | J | T | | | | | |
| 66. -Fidelity Real Estate Investment | A | Dividend | J | T | Sold (part) | 03/27/15 | J | A | |
| 67. -Fidelity Capital & Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -Champlain Small Co. Fund Adv CL Conf | A | Dividend | J | T | Sold (part) | 08/26/15 | J | A | |
| 69. | | | | | Sold (part) | 08/26/15 | J | A | |
| 70. -Allianz NFJ Small Cap Val Admin Class | A | Dividend | J | T | | | | | |
| 71. -Artisan Intl Value Fund Inv CL | A | Dividend | J | T | | | | | |
| 72. -Baron Growth | A | Dividend | J | T | | | | | |
| 73. -William Blair Int'l Growth Class N | A | Dividend | J | T | | | | | |
| 74. -JPMorgan Mid-Cap Value Fn Select CL | A | Dividend | J | T | | | | | |
| 75. -Hartford Growth Opportunity Class A | B | Dividend | J | T | | | | | |
| 76. -Hotchkins & Wiley Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 77. -Mainstay Lg Cap Grwth Fund Class A | A | Dividend | J | T | | | | | |
| 78. -T Rowe Price Equity Income Advisor CL | A | Dividend | J | T | | | | | |
| 79. -SSGA Emerging Markets | | None | | | Sold | 01/14/15 | J | | |
| 80. -Templeton Global Bond Class A | A | Dividend | J | | Sold (part) | 01/16/15 | J | | |
| 81. | | | | | Sold (part) | 03/17/15 | J | | |
| 82. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 83. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 84. | | | | | Sold (part) | 10/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 12/15/15 | J | | |
| 86. -Fidelity Mass Muni Income | A | Dividend | K | T | Sold (part) | 03/17/15 | J | A | |
| 87. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 88. | | | | | Sold (part) | 12/16/15 | J | A | |
| 89. -Allianceber Muni Inc II Mass Cl A (Also called AB Muni Income) | A | Dividend | J | T | Sold (part) | 08/26/15 | J | A | |
| 90. -JPMorgan US Equity FD Sel Cl | A | Dividend | J | T | | | | | |
| 91. -MFS Int'l Div Fd A | A | Dividend | J | T | | | | | |
| 92. -Causeway Int'l Value Investor | A | Dividend | J | T | | | | | |
| 93. -MFS Int'l Val Fd Cl A | A | Dividend | J | T | | | | | |
| 94. -MFS Muni Mass Cl A | A | Dividend | J | T | | | | | |
| 95. -MFS Research Int'l Cl A | A | Dividend | J | T | | | | | |
| 96. -Primecap Odyssey Growth | A | Dividend | J | T | | | | | |
| 97. -T. Rowe Price Tax Free Inc Adv | A | Dividend | J | T | Sold (part) | 03/17/15 | J | A | |
| 98. | | | | | Sold (part) | 08/26/15 | J | A | |
| 99. -T. Rowe Price Tax Free Short Inter | A | Dividend | J | T | | | | | |
| 100. -SPDR S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 01/21/15 | J | | |
| 101. | | | | | Buy (add'l) | 03/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 08/26/15 | J | | |
| 103.  -IShares TR Russell 1000 Value Index Fd | A | Dividend | K | T | Buy (add'l) | 01/21/15 | J | | |
| 104. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 105. | | | | | Sold (part) | 08/26/15 | J | | |
| 106. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 107.  -IShares TR Russell 1000 Growth Index Fd | A | Dividend | K | T | | | | | |
| 108.  -Franklin Internatl Sm Cap Grwth Advisor | A | Dividend | J | T | Sold (part) | 01/20/15 | J | | |
| 109. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 110.  -Nuveen Massachusetts Municipal Class I | A | Dividend | | | Sold (part) | 03/17/15 | J | A | |
| 111. | | | | | Sold (part) | 07/06/15 | J | A | |
| 112. | | | | | Sold | 08/26/15 | J | A | |
| 113.  -Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | | | | | |
| 114.  -Fidelity Low Priced Stock | | | | | Sold | 08/26/15 | J | | |
| 115.  -SPDR Ser Tr Barclays Conv Secs ETF | A | Dividend | J | T | Sold (part) | 01/16/15 | J | | |
| 116. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 117.  -Oppenheimer Develpng Markets Fund Class I | | | | | Buy (add'l) | 01/20/15 | J | | |
| 118. | | | | | Sold | 08/26/15 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 119. -T Rowe Intl Stock Advisor | A | Dividend | J | T | Buy (add'l) | 03/18/15 | J | | |
| 120. | | | | | Sold (part) | 08/26/15 | J | | |
| 121. -Transamerica Intl Equity CL I | A | Dividend | J | T | Sold (part) | 08/26/15 | J | | |
| 122. -Wasatch Frontier Emerging Small Co's | | | | | Sold (part) | 09/09/15 | J | | |
| 123. | | | | | Sold | 09/14/15 | J | | |
| 124. -Ishares Core S&P Small-cap ETF | A | Dividend | J | T | | | | | |
| 125. -Ishares S&P Small Cap 600 Value ETF | A | Dividend | | | Sold | 10/30/15 | J | A | |
| 126. -Fidelity Emerging Markets | | None | J | T | Buy | 12/16/15 | J | | |
| 127. -Acadian emerging Markets Port Instl | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 128. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 129. -Invesco Convertible Securities FD CL Y | A | Distribution | J | T | Buy | 01/19/15 | J | | |
| 130. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 131. | | | | | Sold (part) | 12/15/15 | J | | |
| 132. -Janus Enterprise Fund Class | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 133. -T Rowe Price Emerging Mkts Stock | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 134. -Templeton Frontier Mrtks FD ADV CL | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 135. | | | | | Buy (add'l) | 09/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold (part) | 12/17/15 | J | | |
| 137. | | | | | Sold (part) | 12/23/15 | J | | |
| 138. | | | | | Sold (part) | 12/23/15 | J | | |
| 139. -Transmerica Interntl Small Cap Value I | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 140. -Eaton Vance Income Fund Of Boston CL | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 141. -Oppenheimer Interntl Bond | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 142. | | | | | Sold (part) | 07/16/15 | J | | |
| 143. | | | | | Sold (part) | 08/26/15 | J | | |
| 144. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 145. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 146. -Ishares Russell Midcap Growth | A | Dividend | J | T | Buy | 12/18/15 | J | | |
| 147. -Ishares Russell 1000 ETF Cross Trade Exec On Mult Exchg | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 148. -Ishares S&P Small Cap Growth ETF Cross Trade | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 149. -Vanguard Index Fds Vanguard Value | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 150. -Blackrock High Yld Bd Port Blkrk SH CL | A | Dividend | | | Buy | 08/27/15 | J | | |
| 151. | | | | | Sold | 12/15/15 | J | | |
| 152. -Causeway Emergin Mrkts FD INV CL' | | None | | | Buy | 01/19/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 154. | | | | | Sold | 08/26/15 | J | | |
| 155. IRA ROLLOVER ACCT NO 2(H) | A | Interest | J | T | | | | | |
| 156. - Fidelity Cash Reserves | | | | | | | | | |
| 157. IRA- 3(H) | A | Interest | J | T | | | | | |
| 158. -Schwab US Treas Money Fund | | | | | | | | | |
| 159. SI INVEST ACCOUNT (IRA) (H) | F | Int./Div. | P1 | T | | | | | |
| 160. -Schwab US Treas Money Fund | | | | | | | | | |
| 161. -American Express | | | | | | | | | |
| 162. -Apple Inc Com | | | | | Sold (part) | 08/21/15 | L | E | |
| 163. -Avago Technologies Ltd Shs | | | | | Sold (part) | 08/21/15 | K | D | |
| 164. | | | | | Sold (part) | 08/21/15 | K | E | |
| 165. | | | | | Sold (part) | 08/21/15 | J | D | |
| 166. -Bed Bath & Beyond | | | | | Sold (part) | 11/25/15 | K | | |
| 167. | | | | | Sold | 11/25/15 | K | | |
| 168. -Bhp Billiton Ltd Sponsored Adr | | | | | Sold | 08/21/15 | J | | |
| 169. -Capital One Finl Corp Com | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -Caterpillar Inc Del | | | | | | | | | |
| 171. -Chevron Corp New Com | | | | | | | | | |
| 172. -Cognizant Tech Solutns Cl A | | | | | | | | | |
| 173. -Emerson Electric | | | | | | | | | |
| 174. -Exxon Mobil Corp | | | | | | | | | |
| 175. -Goldman Sachs Group Com | | | | | | | | | |
| 176. -Iberiabank Corp Com | | | | | | | | | |
| 177. -Invesco Ltd Shs | | | | | | | | | |
| 178. -J P Morgan Chase & Co | | | | | | | | | |
| 179. -Mondelez Intl Inc Cl A | | | | | | | | | |
| 180. -Oracle Corp | | | | | | | | | |
| 181. -Qualcomm Inc Com | | | | | | | | | |
| 182. -Roche Hldg Ltd Sponsored Adr | | | | | | | | | |
| 183. -Salesforce Com Inc Com | | | | | | | | | |
| 184. -Schlumberger | | | | | | | | | |
| 185. -Siemens A G Sponsored Adr | | | | | | | | | |
| 186. -Target Corp (See note Part VIII) (X) | | | | | Sold (part) | 01/01/15 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -Thermo Fisher Scientific Inc | | | | | | | | | |
| 188. -Twenty First Centy Fox CL A | | | | | Sold | 08/21/15 | L | | |
| 189. -Verizon Communications Com | | | | | | | | | |
| 190. -Wynn Resorts Ltd Com | | | | | Sold (part) | 08/21/15 | J | | |
| 191. | | | | | Sold | 08/21/15 | K | | |
| 192. -Alphabet Inc. CL A(name change)(formerly Google Inc Cl A) | | | | | | | | | |
| 193. -Alphabet Inc. CL C(name change)(formerly Google Inc CL C) | | | | | Buy (add'l) | 02/10/15 | L | | |
| 194. | | | | | Sold (part) | 05/05/15 | J | A | |
| 195. -Coca-Cola Company | | | | | | | | | |
| 196. -Diageo PL C Spon ADR new | | | | | | | | | |
| 197. -Flowers Foods Inc | | | | | | | | | |
| 198. -Gilead Sciences Inc Com | | | | | | | | | |
| 199. -Johnson & Johnson Com | | | | | | | | | |
| 200. -Lululemon Athletica In Com | | | | | | | | | |
| 201. -Now Inc Com | | | | | Sold (part) | 02/10/15 | K | | |
| 202. | | | | | Sold (part) | 02/10/15 | J | | |
| 203. | | | | | Sold | 02/10/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. -Michael Kors Hldgs Ltd Shs | | | | | Buy | 05/14/15 | K | | |
| 205. | | | | | Sold | 08/21/15 | K | | |
| 206. -South32-ADR | | | | | Spinoff (from line 168) | 06/15/15 | J | | |
| 207. | | | | | Sold | 08/21/15 | J | | |
| 208. First Republic Bank (name correction) | A | Interest | K | T | | | | | |
| 209. Adams Moutain LLC see note Part VIII | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 05/31/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investment Limited partnership income whether passive or nonpassive is disclosed as dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII - Esplanade Capital ptnrs I LLC is a non-publiclly trade LLC. The net income from the investment is reported as dividend.

Part VII- Line 185 All shares of Target Corp were purchased on 1/21/14 and sold on 05/05/14. The sale was inadvertantly deleted from the 2014 AO-10 when adding the purchase of the stock in 2014. There are no transactions related to Target Corp in 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sandra L. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544